1  **H. Ernesto Castillo** Bar No. 220900
   1 Kaiser Plaza, Suite 2300
2  Oakland, California 94612
   Tel No. (510) 836-0100
3  Fax. No. (510) 832-3690

4  Attorneys for *Francisco Torres Felix*

FILED

FEB 15 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>vs.<br><br>Francisco Torres Felix<br><br>*Defendant*. | **Case No. 5:07-70080-PVT**<br><br>SUBSTITUTION OF COUNSEL |

SUBSTITUTION OF COUNSEL

Francisco Torres Felix, a defendant in the above-captioned case, desires to substitute H. Ernesto Castillo, Attorney at Law, 1 Kaiser Plaza, Suite 2300, Oakland, California, 94612, (510) 836-0100, as his attorney of record in place of Federal Defender Lara Vinnard, 160 W. Santa Clara St. Suite 525, San Jose, California, 95113, (408) 291-7753 and respectfully request that this court allow the substitution to take place.

1 | The undersigned requests the above substitution.

*Francisco Torres*  2/15/07
Francisco Torres Felix           Date
Defendant

The Undersigned accepts to the above substitution.

*[signature]*  2/15/07
H. Ernesto Castillo              Date
Attorney

The undersigned consents to the above substitution.

*Lara Vinnard [signature]*  2/15/07
Lara Vinnard                     Date
Attorney

**It is so ordered:**

*Patricia V. Trumbull [signature]*  2/15/07
Patricia V. Trumbull             Date
United States Magistrate Judge

-2-